# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE MARIE DIDON,** | CIVIL ACTION NO. 1:15-CV-1586 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **ALICIA DOMINGUEZ CASTILLO,** | |
| Respondent | |

## ORDER

AND NOW, this 11th day of September, 2015, upon consideration of the verified complaint (Doc. 1) filed by petitioner Maurice Marie Didon, under the Hague Convention on the Civil Aspects of International Child Abduction ("Hague Convention"), implemented into United States law by the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001 *et seq.*, wherein petitioner seeks the return of two minor children, J.D. and A.D., from Hazleton, Pennsylvania, where they are residing with their mother, respondent Alicia Dominguez Castillo, to Saint Martin/French West Indies, and further upon consideration of petitioner's motion (Doc. 3), filed simultaneously with his complaint, requesting that this action be filed under seal, and it appearing that the request to file the action under seal was based in large part upon concerns that respondent would flee the court's jurisdiction with the minor children immediately upon notice of this action and without appearing before the court, and it further appearing that said concerns have become moot, but

the court also observing that certain documents of record contain the full names of and other identifying information for minor children J.D. and A.D., and that such documents must remain under seal, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 3) to file the above-captioned action under seal is DENIED as moot.

2. The Clerk of Court is directed to UNSEAL the above-captioned matter forthwith.

3. The Clerk of Court shall retain under seal any documents containing the full names of or other identifying information for minor children J.D. and A.D.

4. In all future filings, the parties shall refer to minor children J.D. and A.D. by their initials only. Any exhibits which contain identifying information for the minor children shall be filed under seal.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania