# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE MARIE DIDON,** | : | CIVIL ACTION NO. 1:15-CV-1586 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ALICIA DOMINGUEZ CASTILLO**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 24th day of September, 2015, upon consideration of the verified complaint (Doc. 1) under the Hague Convention on the Civil Aspects of International Child Abduction ("Hague Convention"), implemented into United States law by the International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.*, requesting the return of minor children J.D. and A.D. to Saint Martin/French West Indies, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's request for return of children pursuant to Article 3 of the Hague Convention is GRANTED with respect to minor child A.D. and DENIED with respect to minor child J.D.

2. Petitioner is directed to file a response on or before Wednesday, September 30, 2015, indicating whether he intends to file a motion for respondent to pay necessary expenses incurred by him or on his behalf in furtherance of the petition. See 22 U.S.C. § 9007(b)(3) providing that a court ordering return under § 9003 "shall order the respondent to pay necessary expenses incurred by or on behalf of the petitioner, including court costs, legal fees, . . . and transportation costs related to return of the child, unless the respondent establishes that such order would be clearly inappropriate").

3. The temporary restraining order (Doc. 7) imposed by the court on August 14, 2015 is LIFTED.

4. The Clerk of Court is directed to forthwith return respondent's passport together with J.D.'s passport to respondent, and to provide A.D.'s passport to petitioner.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania