# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE MARIE DIDON,** | : | CIVIL ACTION NO. 1:15-CV-1586 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ALICIA DOMINGUEZ CASTILLO,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 25th day of September, 2015, upon consideration of respondent's motion (Doc. 26) for emergency stay pending appeal, it is hereby ORDERED that the motion (Doc. 26) is DENIED.

                                         /S/ CHRISTOPHER C. CONNER
                                         Christopher C. Conner, Chief Judge
                                         United States District Court
                                         Middle District of Pennsylvania