IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE MARIE DIDON,** | : | CIVIL ACTION NO. 1:15-CV-1586 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ALICIA DOMINGUEZ CASTILLO,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of September, 2016, upon consideration of the mandate (Doc. 42) of the United States Court of Appeals for the Third Circuit, issued contemporaneously with said court's opinion (Doc. 42-1) and judgment (Doc. 41) on September 26, 2016, remanding the above-captioned matter to this court to forthwith order the return of minor child A.D. to the United States, it is hereby ORDERED that:

1. Petitioner Maurice Marie Didon ("Didon") shall immediately return minor child A.D. from the Caribbean island of Saint Martin to the United States.

2. Didon shall confer, through counsel or otherwise, with respondent Alicia Dominguez Castillo ("Castillo") to coordinate the immediate and safe return of A.D. to the United States.

3. Until such time that A.D. is returned to the United States, Didon shall be prohibited from leaving the jurisdiction of, or removing A.D. from the jurisdiction of, Saint Martin, except that Didon shall coordinate the return of A.D. as mandated by paragraphs 1 and 2.

4. To the extent such assistance is within the scope of its authority, the French Central Authority shall assist the parties in carrying out the directives of this order.

5. Counsel for Castillo shall notify the court forthwith upon minor child A.D.'s return to the United States.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania